NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

OCT 22 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUKHDEV SINGH,<br><br>       Petitioner,<br><br>  v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>       Respondent. | No.   18-73051<br><br>Agency No. A205-542-579<br><br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 15, 2019[**]

Before:    FARRIS, LEAVY, and RAWLINSON, Circuit Judges.

    Sukhdev Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen and review de novo questions of law.

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Bonilla v. Lynch*, 840 F.3d 575, 581 (9th Cir. 2016). We deny the petition for review.

The agency did not abuse its discretion in denying Singh's motion to reopen, where he failed to provide sufficient detail to show that his infected tooth and the resulting treatment amounted to an exceptional circumstance excusing his failure to appear for his hearing. *See Celis-Castellano v. Ashcroft*, 298 F.3d 888, 890, 892 (9th Cir. 2002) (no abuse of discretion in finding no exceptional circumstances to warrant reopening, where alien's declaration and accompanying medical documents did not provide sufficient detail of the severity of his illness).

Singh's contention that the agency did not apply the correct standard in its analysis is not supported.

**PETITION FOR REVIEW DENIED.**

2                                                                 18-73051